SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>      Plaintiff,<br><br>vs.<br><br>The Arbors of Rancho Cordova, LLC,<br><br><br>      Defendants | Case No.: CIV.S 10-cv-02177-JAM-JFM<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS AND ORDER** |

TO THE COURT AND ALL PARTIES:

The parties in this matter have settled this case. The Court ordered all dispositional documents to be filed by November 12, 2010. Plaintiff's Counsel respectfully requests an extension for ninety (90) days to file dispositional documents due to the fact that Plaintiff and Defendants are currently in the process of finalizing a settlement agreement.

1

STIPULATION AND ORDER RE REQUEST FOR EXTENSION
                                CIV: S-10-cv-02177-JAM-JFM

PDF created with pdfFactory trial version www.pdffactory.com

Dated:  November 10, 2010

                     /s/Scott N. Johnson_____
                     SCOTT N. JOHNSON
                     Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT dispositional documents shall be filed no later than February 11, 2011.

Dated: November 10, 2010               /s/ John A. Mendez_____
                                        Judge of the United States District Court

PDF created with pdfFactory trial version www.pdffactory.com